| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.** |
| 2 | ANNA M. MARTIN - State Bar No. 154279<br>WILLIAM REILLY - State Bar No. 177550 |
| 3 | amartin@rimacmartin.com<br>w_reilly@rimacmartin.com |
| 4 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 5 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 6 | Attorneys for Defendant |
| 7 | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 8 | **LAW OFFICE OF P. RANDALL NOAH**<br>P. RANDALL NOAH - State Bar No. 136452 |
| 9 | pnoah@ix.netcom.com<br>21 Orinda Way, Suite CC # 316 |
| 10 | Orinda, CA 94563<br>Telephone (925) 253-5540 |
| 11 | Facsimile (925) 253-5542 |
| 12 | Attorney for Plaintiff<br>BARBARA C. REYNOLDS |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA C. REYNOLDS, | ) | **E-FILING** |
| Plaintiff, | ) | CASE NO. C 10-05033 SBA |
| vs. | ) | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the plaintiff BARBARA C. REYNOLDS and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, through their respective counsel of record, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties shall bear their own

---

-1-

STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ORDER                                          CASE NO. C 10-05033 SBA

1  respective costs of suit.

2      Pursuant to local rules, this document is being electronically filed through the Court's

3  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this

4  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

5  concurred with the filing of this document; and (3) a record supporting this concurrence is

6  available for inspection or production if so ordered.

7      **SO STIPULATED.**

8                                Respectfully submitted,

9                                **LAW OFFICES OF P. RANDALL NOAH**

11 DATED: May 4, 2011     By:   /s/ **P. RANDALL NOAH**
   P. RANDALL NOAH
12                             Attorneys for Plaintiff
   BARBARA C. REYNOLDS

15                             RIMAC MARTIN, P.C.

17 DATED: May 4, 2011     By:   /s/ **WILLIAM REILLY**
   WILLIAM REILLY
18                             Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA

                                **ORDER**

21     IT IS SO ORDERED.

23 DATED: 5/4/11                            *Saundra B. Armstrong*
   Hon. Saundra Brown Armstrong
24                             Federal Judge, U.S. District Court

STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ORDER                 CASE NO. C 10-05033 SBA